# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

2024 APR 22 A 11: 07

______Statesboro______ Division

C. Robinson

BRENTREZ JARMYKUS MCPHERSON, Artificial Person
Brentrez Jarmykus Mcpherson (a.k.a Royal Great LEVI King-Chief LEVI Priest Yaheshiah

Case No. [redacted]

*(to be filled in by the Clerk's Office)*

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Department of Corrections, et al
BRIAN DENNIS ADAMS, et al.,
Ga. Dept. of Corrections

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed. 1st Plaintiff BRENTREZ JARMYKUS MCPHERSON-Artificial Person

| | |
|---|---|
| Name | 2nd Plaintiff Brentrez Jarmykus Mcpherson-Natural Person (YAHESHIAH) |
| All other names by which you have been known: | EliYAH to COME YAHESHIAH |
| ID Number | 1000799956 |
| Current Institution | Smith State Prison |
| Address | 9676 Highway 301 North |
| | Glennville (City) Georgia (State) 30427 (Zip Code) |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ~~Pope~~ Pope |
| Job or Title *(if known)* | ~~Pope~~ Benedict POPE Roman Catholic World Church |
| Shield Number | N/A |
| Employer | Unknown |
| Address | Unknown |
| | ~~Roman~~ Rome (City) ~~Italy~~ (State) ~~21942~~ (Zip Code) |

☑ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Department of Corrections |
| Job or Title *(if known)* | Agency |
| Shield Number | N/A |
| Employer | UNKNOWN |
| Address | UNKNOWN |
| | Unknown (City) (State) (Zip Code) |

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Georgia Dept. of Corrections

Job or Title *(if known)*: Agency

Shield Number: N/A

Employer: Department of Corrections

Address: 7 Martin Luther King, Jr. Drive SE Suite #543

Atlanta (City) Georgia (State) 30334 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name: John Doe

Job or Title *(if known)*: Commissioner Department of Corrections

Shield Number: N/A

Employer: Department of Corrections

Address: Unknown

Unknown (City) (State) (Zip Code)

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Federal and State Bill of rights, Federal constitutional rights under Amendments: XI XIII, XIV. Bill of rights under the Constitution of the United States of America and Amendments: XI/XIII/XIV

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

ATTACHMENT - page 2 of 11

Defendant No. 5
Name - Tyrone Oliver
Job or Title - Commissioner
Shield Number - NA
Employer - Georgia Department of Corrections
Address - 7 Martin Luther King, Jr. Drive SW, Suite #543
Atlanta, Georgia 30334
Capacities - Both

Defendant No. 6
Name - Joseph R. Biden
Job or Title - President of United States of America
Shield Number - N/A
Employer - United States of America
Address - 1600 Pennsylvania Avenue, N.W
Washington, DC 20500
Capacities - Both

Defendant No. 7
Name - JUANITA SHARP
Job or Title - Unit Manager
Shield Number - N/A
Employer - Ga. Department of Corrections
Address - 9676 Highway 301 North
Glennville, Ga 30427
Capacities - Both

Defendant No. 8
Name - Terry Barnard
Job or Title - Chairman of Parole Board (Georgia)
Shield Number - N/A

Employer-
Address- 2 Martin Luther King, Jr. Drive S.E.
Suite 458, Balcony Level, East Tower
Atlanta, Ga 30334
Capacities - Both
Defendant No. 8
Name - Brian Kemp
Job or Title - Governor of Georgia
Shield Number - N/A
Employer - Unknown
Address - 206 Washington Street
Suite 203, State Capital
Atlanta, Ga 30334
Capacities - Both

SEPARATE Defendant(s) below:

Defendant No. 1
Name - Douglas County
Job or Title - Municipality
Shield Number - N/A
Employer - Unknown
Address - 8700 Hospital Drive
Douglasville, Ga 30134
Capacities - Both
Defendant No. 2
Name - Ryan Leonard
Job or Title - Assistant District Attorney
Shield Number - N/A

Employer- Douglas County / State of Georgia
Address- Douglas County Courthouse
2nd Floor
8700 Hospital Drive
Douglasville, Ga 30134
Capacities- Both
Defendant No. 3
Name- LaDonna Shuemake
Job or Title- Public Defender
Shield Number- N/A
Employer- Douglas County / State of Georgia
Address- 8700 Hospital Drive
Douglasville, Ga 30134
Capacities- Both
Defendant No. 4
Name- Tammy Howard
Job or Title- Clerk of Court
Shield Number- N/A
Employer- Douglas County / State of Georgia
Address- 8700 Hospital Drive
Douglasville, Ga 30134
Capacities- Both
Defendant No. 5
Name- Robert J. James
Job or Title- Superior Court Judge
Shield Number- N/A
Employer- Douglas County / State of Georgia
Address- 8700 Hospital Drive

Douglasville, Ga 30134
Capacities - Both

SEPARATE defendant(s) below:

Defendant No. 1
Name - Julia Roberts
Job or Title - Mail Office
Shield No. - N/A
Employer - Ga. Dept. of Corrections
Address - 9676 Highway 301 North
Glennville, Ga 30427
Capacities - Both

Defendant No. 2
Name - Brian Dennis Adams
Job or Title - Warden
Shield No. - N/A
Employer - Ga. Dept. of Corrections
Address - 9676 Highway 301 North
Glennville, Ga 30427
Capacities - Both

Defendant No. 3
Name - Brenda Joyce Little
Job or Title - Foreman for Douglas County Grand Jury
Shield No. - N/A
Employer - Unknown
Address - Unknown

Capacities - Both

~~Defendant No. 4~~
~~Name - POPE - John Doe (Unknown to me)~~
~~Job or Title - Pope of Worldly Church Roman Catholic~~
~~Shield No. - Unknown~~
~~Employer - [illegible] (Antioch~~
~~Address - Unknown to me~~
~~Capacities - Both~~

Defendant No. 4
Name - Wilson
Job or Title - Correctioner Officer
Shield No. - N/A
Employer - Ga. Dept. of Corrections
Address - 9676 Highway 301 North
Glennville, Ga 30427
Capacities - Both
Defendant No. 5
Name - Alicia Epperson
Job or Title -
Shield No - N/A
Employer -
Address - 300 Patrol Road
Forsyth, Ga 31029
Capacities - Both
Defendant No. 6
Name - David McDade
Job or Title - District Attorney for Douglas County
Shield No# - N/A

Employer - Unknown
Address - 8700 Hospital Drive
Douglasville, Ga 30134
capacities - Both

Defendant No. 7
Name - Brown
Job or Title - Cert Officer
Shield No - N/A
Employer - Ga. Dept. of Corrections
Address - 9676 Highway 301 North
Glennville, Ga 30427
Capacities - Both

Defendant No. 8
Name - ~~[illegible]~~ McCollough
Job or Title - ~~Unknown~~ Lieutenant
Shield No - N/A
Employer - Ga. Dept. of Corrections
Address - 9676 Highway 301 North
Glennville, Ga 30427
Capacities - Both

Defendant No. 9
Name - ~~[illegible]~~ Smith
Job or Title - Legally responsible for the illegal operations of Smith State Prison
cert. ofc.
Shield No. - N/A
Employer - Ga. Dept. of Corrections
Address - 9676 Highway 301 North
Glennville, Ga 30427
Capacities - Both

Defendant No. 10
Name - "Jane Doe" Dean
Job or Title -
Shield No. - N/A

Employer-Ga. Dept. of Corrections
Address-9676 Highway 301 North
Glennville, Ga 30427
Capacities-Both

Defendant No. 11
Name-"JANE DOE" Kalkbrenner
Job or Title- Counselor, legal operator
Shield No.-N/A
Employer-Ga. Dept. of Corrections
Address-9676 Highway 301 North
Glennville, Ga 30427
Capacities-Both

Defendant No. 12
Name-Sherika Wright
Job or Title-Counselor, legal operator
Shield No.-N/A
Employer-Ga. Dept. of Corrections
Address-9676 Highway 301 North
Glennville, Ga 30427
Capacities-Both

Defendant No. 13
Name-"JANE DOE" Tatum
Job or Title-Correctional Officer, legal operator
Shield No.-N/A
Employer-Ga. Dept. of Corrections
Address-9676 Highway 301 North
Glennville, Ga 30427

Capacities-Both

Defendant No. 14
Name-"JANE DOE" Martin (Black)
Job or Title-Officer, ~~[illegible]~~ legal operator

Shield No.-N/A
Employer-Ga. Dept. of Corrections
Address-9676 Highway 301 North
Glennville, Ga 30427
capacities-Both
Defendant No. 15
Name-"JOHN DOE" Goodell
Job or Title-Lieutenant, legal operator
Shield No.-N/A
Employer-Ga. Dept. of Corrections
Address-9676 Highway 301 North
Glennville, Ga 30427
Capacities-Both
Defendant No. 16
Name-"JANE DOE" Arthur
Job or Title- Officer, legal operator
Shield No.-N/A
Employer-Ga. Dept. of Corrections
Address-9676 Higway 301 North
Glennville, Ga 30427
Capacities-Both
Defendant No. 17
Name-JUANITA SHARP
Job or Title-Unit Manager, illegal operator of [redacted] State Prison facilities
Shield No.-N/A
Employer-Ga. Dept. of Corrections
Address-9676 Highway 301 North
Glennville, Ga 30427
Capacities-Both
Defendant No. 18
Name-"JANE DOE" [redacted]
Job or Title-Correctioner officer

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Alleged Defendant(s) (All) ~~[illegible]~~ was working for State and City Governments at the time my rights were ~~[illegible]~~ violated by their actions alleged as being personally involved by defendant(s) named

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)* Continuing tort of False Imprisonment

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
See Attachment

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
See Attachment

C. What date and approximate time did the events giving rise to your claim(s) occur? See Attachments Exhibits-(C) and (F)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* See Exhibit-(C) as attachment and Exhibit-(E)(F)(G)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. See Attachment Exhibits-(C)(D)(E)(F)(G)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. See Attachment titled as Relief Exhibit-(H)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Douglas County Sheriff's Office, Douglas-County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance? Smith State Prison

2. What did you claim in your grievance? Exposures ~~to disregard~~ substantial risks of faced harms and intentional conscious reckless disregarded torturous, cruel, extremely harsh, grossly disproportionate conditions of confinements. Deliberate indifference, and callous indifference injured rights.

3. What was the result, if any? No results at all for any of the Grievances filed, except ~~two~~ grievances, which was partially granted for 4th Claim - see Attachment Exhibit-(D) and grievance partially granted for 1st Claim Part-(B) Statement of Claims See Exhibits-(C),(D),(F),(G)

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* I wrote and talked to counselor, some grievance processes wasn't complete, because of illegal customs and ~~[illegible]~~ practices of defendants denying Plaintiffs access to the courts because of having (2) filed grievances and forced to drop some grievances, and other grievances are being currently exhausted, that involves Plaintiffs being exposed to Imminent dangers of serious physical injuries of ~~harms to persons~~ and ~~mental~~ health and (2)-grievances was granted see Attachment of Exhibits-(D),(C),(F),(G) evidence

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. See Attachments as Exhibits-(C),(E),(D),(F) showing claims 1 and 4 resolved granted grievances, see also Attached ~~Exhibits (A)~~ Exhibit-(K) exhausted grievances

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [x] Yes
- [ ] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Brentrez J. Mcpherson

   Defendant(s) Ga. Dept. of Corrections

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Southern District

3. Docket or index number

   6:23-cv-68

4. Name of Judge assigned to your case

   United States Magistrate Judge- Brian K. Epps

5. Approximate date of filing lawsuit

   November (2023)

6. Is the case still pending?

   - [x] Yes
   - [ ] No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Case dismissed, Judgment not entered in my favor, and case appealed.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? yes

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Brentrez Jarraykus Mcpherson

   Defendant(s) Brian Dennis Adams

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Southern District

3. Docket or index number

   CV21-028

4. Name of Judge assigned to your case

   I believe Cheesbro United States Magistrate Judge for Southern District

5. Approximate date of filing lawsuit

   January-April (2021)

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Case dismissed, Judgment not entered in favor of me, case wasn't appealed

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 5, 2024

Signature of Plaintiff: Brentrez Mcpherson-Yahsheah

Printed Name of Plaintiff: Brentrez Mcpherson

Prison Identification #: 1000799956

Prison Address: 9676 Highway 301 North

Glennville (City) Georgia (State) 30427 (Zip Code)

### B. For Attorneys

Date of signing: 3/5/24

Signature of Attorney: Brentrez Mcpherson-Authorized Agent

Printed Name of Attorney: Brentrez Mcpherson

Bar Number

Name of Law Firm

Address: 9676 Highway 301 North

Glennville (City) Georgia (State) 30427 (Zip Code)

Telephone Number

E-mail Address