# ATTACHMENT

# EXHIBIT - C

# ATTACHMENT

## Part-(B) Page 4 of 11 Statement of Claims:

**1st Claim** - The deprivations of Plaintiff(s) Brentrez J. Mcpherson's natural and artificial persons damaged injured rights, priviledges, immunities, properties, as the peoples, to be free from Discrimination, Cruelties of Unusual forms of Punishments of, Unlawful seizures (Delays) Interferences with priviledged mail and access to the courts, Substantive Due Process, Denials, Psychological injuries, Mental and Emotional Distresses, Mental and Emotional Angruishes, Deliberate Indifference, Callous Indifference, Torts and Negligence violated both of Plaintiff(s) Brentrez J. Mcpherson (natural) persons and BRENTREZ J. MCPHERSON (artificial) persons rights, by the personally involved wrongful reckless, malicious, wanton, and oppressive tort actions by defendant(s) Julia Roberts and Brian Dennis Adams, and constituted psychological property torts, Duties, Oaths, Substantive Due Process of law, Due Process of law, Equal Protections of the laws, Personal torts; violations, Infringments, damages, injuries, and invasions of the Constitution and guaranteed Bill of rights and rights, sections, articles, and laws of and under Amendment(s); I (thru) Amendment(s) XVI ~~to~~ the Constitution of the United States of America; Bill of rights and rights under Articles-I, Section-I, Paragraph-I (thru) Articles-XIII, Sections-VII, and all Paragraphs and sub-paragraphs to the CONSTITUTION OF THE STATE OF GEORGIA; Equal and inalienable rights under (All) articles-1 (thru) 30 to the Universal Declaration of Human Rights, and all Preambles attached to the above therein alleged, acting with Callous Indifference to above properties of rights.

Both Plaintiff(s) therein alleged were willfully subjected to experienced causations of Psychological injuries/harms to the mental and emotional physical properties of the State



(reverse-side of page)

of mindframes, due to Anxiety, mental and emotional distresses and angruishes.
The therein above alleged claim arose at Smith State Prison, from date August 24, 2021 to August 29, 2021, and the date of September 13, 2021, and August 19, 2021

Part-(C) in connection to Statement of Claims above: Page 5 of 11

- Dates: August 24, 2021; August 26, 2021; August 29, 2021; August 31, 2021; and September 13, 2021.

Part-(D) in connection to statement of Claims above: Page 5 of 11

- What happened to you? Defendant Julia Roberts injured both of Plaintiffs rights to appeal my case, that resulted as an dismissal of my direct appeal, due to causations of untimely filing Notice of Appeal.
- Who did what? Defendant Julia Roberts stenciled my legal priviledged mail from Georgia Court of Appeals, as being received on August 24, 2021, but didn't bring such mail to me until the date of September 13, 2021, frustrating my right of appeal, because of the unavailability to follow court's order to file Notice of Appeal within (10) ten days of August 19, 2021 issued order by Georgia Court of Appeals.
  Defendant Brian Dennis Adams ignored my verbal and written complaints and concerns made August 26, 2021. Defendants failed to perform constitutional duties owe to me.
- Was anyone else involved? Yes, Defendant Brian Dennis Adams.
- Who else saw what happened? Camera footages of J-1 dormatory and other cameras of Smith State Prison facility. Defendant Julia Roberts.

2nd Claim - The deprivations of Plaintiff(s) Brentrez J. Mcpherson's natural and artificial person(s) damaged injured rights, priviledges, immunities, and properties, as the peoples, to be free from Crueltles of Unusual forms of Punishments, of

Discriminations, Deliberate Indifference, Callous Indifference, Extrem-ely harsh conditions of confinements, Unsafe conditions of confinements, Involuntary exposures of faced risks, Cruel treatments, Unreasonable exposures of faced risks, Unlawful detentions, Suffrages, Psychological injuries (torts), Denials of Due Process and Substantive Due Process, Psychological tortures, Unreasonable apprehensions of faced air-borne exposures, Reckless Disregards, Anxieties, Unnoticable air-borne viruses of covid-19, Involuntary Servitudes, Disregards, Deprivations of unhealthy, unsanitary, inhumane living conditions and/of tortures, Faced risks to health threat(s) posed by the covid-19 pandemic, Mistreat-ments, Torts violated both of Plaintiff(s) Brentrez Jarmykus Mcpherson's (natural) persons and BRENTREZ JARMYKUS MCPHERSON's (artificial) persons rights, and constituted liabilities, Personal torts violations, Parental rights violations, Equal Protections of the law violations, Due Process and Substantive Due Process violations, infringments, damages, injuries, and invasions under Amendments (I) through Amendments XVI and laws, articles, and sections to the Constitution of the United States of America; All rights under each and every Article, Section, and Paragraph and sub-paragraph to the CONSTITUTION OF THE STATE OF GEORGIA; Equal and inalienable rights under (All) articles-1 (thru) 30 to the Universal Declarations of Human Rights, and all included Preambles, to above therein alleged property of rights violated by personally involved wrongful illegal actions of defendant(s) Dept. of Corrections, Ga. Dept. of Corrections, Brian Dennis Adams, and any and all employed staff members of both contracted Agencies, acting with Reckless disregard to rights and risks.

Plaintiff(s) therein alleged above were willfully subjected to experienced causations of Psychological injuries/harms to the mental and emotional physical properties of the State of mindframes, due to suffrages of Anxiety, mental and emotional distresses and anguishes.



page 4 on Reverse-side

Part-(C) of page 5 of 11 in connections to 2nd Claim under Part-(B) of page 4 of 11.

- Alleged claim(s) arose at Smith State Prison, from year (2021) beginning to end of year (2021)

Part-(D) of page 5 of 11 in connections to 2nd Claim under Part-(B).

- What happened to you? - Plaintiff(s) were both placed in unreasonable apprehensions of contracting an unavoidable air-borne COVID-19 Corona Virus, due to the conduct arisen from defendant(s) Department of Corrections, Georgia Department of Corrections, Brian Dennis Adams, Terry Barnard, and any and all staffed employers and employers of the (2)-two above mentioned contracted agencies of Departments, that constituted reckless disregard, ~~and~~ arisen from the beginning conduct of failures to respond in an Objectively reasonable manner, regarding the deatha risks of permenant harms, notified ~~of~~, by Plaintiffs, that their lives ~~was~~ constantly placed in danger everyday by staff entering and exiting society and into their places of work being; my place of living, that the defendant's weren't wearing corona virus face masks around prisoners. and I. I was (Plaintiffs) were exposed to disregarded torturous, Cruel, harsh conditions of confinement by defendants Even after being Subjectively Aware/Knowledgable of the therein above alleged faced risks mentioned, due to it being Publicly Notified, because of the Pandemic being clear and Obvious. Exposed to unsafe conditions of confinements that placed me at serious risks of harm/injuries. See Attachment Exhibits-(C)(F)(G) page 4

• **Who did what?** - The alleged defendant(s) Brian Dennis Adams, the Department of Corrections, (Georgia Department of Corrections, and all employed employees/employers failed to respond in an Objectively reasonable manner to reduce/minimize Plaintiff(s) notifications of situations of being continuously exposed to dangerous unavoidable unreasonable risks of irreparable death causation harm and the continued pattern of criminal conducts of assaults upon Plaintiff(s), by therein above alleged defendant(s) that intentionally and recklessly disregarded the mandatory wearings of corona virus facemasks around confined prisoners, such as, both Plaintiff(s), that above alleged defendant(s) placed in continuously unavoidable unreasonable apprehenions of contracting/receiving the unnoticable and undetectable air-borne corona virus, willfully subjecting Plaintiff(s) to the State of fear. Defendant(s) conduct also constituted state assaults.

The therein above alleged defendant(s) also caused Plaintiff(s) to be willfully subjected to unhealthy conditions of confinement and Cruel and Unusual forms of Punishments of involuntary servitudes during corona virus pandemic, and exposed Plaintiff(s) to unlawful conditions that pose as an unavoidable and unreasonable risks of serious damage to Plaintiff(s) health or risks of serious irreparable harms of death causations.

The wrongful actions of defendant(s) alleged, as constituting conducts of behaviors that amounts to clear violations, injuries, infringments, and invasions of my claimed rights within Claim-(2) and the Constitution of the United States of America itself, which my personal property as well, due to defendant(s) failure to perform their constitutional mandatory imposed duties, as government officials, to take reasonable measures, regarding faced risks by prisoners, such as Plaintiff(s), whom is owed the performances of duties, by defendant(s), as part of their Constitutionally sworn Oaths. disregarded.

Defendant(s) are obligated to take reasonable measures to guarantee prisoners'/Plaintiff(s) safety and reduce exposeures of substantial risks of serious harms faced, that poses threat(s) to their life, health, and well-being.

Defendant(s) intentionally acted with deliberate indifference to Plaintiff(s) situations complained of above, by knowingly disregarding the substantial risks of serious irreparable harms of death causation, unlawful conditions of confinements, and criminal assaults, and harms to health, that further resulted as conscious reckless disregards actions by defendant(s) of the Plaintiff(s) particular notified faced risks of serious harm to Plaintiff life, health, and well-being, and of such risks of harms posing as risks of future injuries.

Defendant(s) intentionally acted with conscious reckless disregard, deliberate indifference, and callous indifference and negligence to Plaintiff(s) rights, and mandatory duties owed to Plaintiff(s) as born citizens of this Country. of the United States of America. Defendants forced exposure to Plaintiffs of unsafe conditions of confinements that placed them at serious risks of harms/injury.

- Was anyone else involved? - No.

- Who else saw what happened? - Medical Staff and cameras around Smith State Prison facility.

Plaintiffs' are currently being placed under Imminent dangers of risks of serious physical injuries of harms.

3rd Claim- The deprivations of both separate individuals of Plaintiffs Brentrez Jarmykus Mcpherson's (Natural) person and BRENTREZ JARMYKUS MCPHERSON (Artificial) person damaged disregarded injuried rights, priviledges, immunities, properties as the people/peoples, to be free from, the Cruelties of Unusual Forms of Punishments of, Discrimination, Unsafe Prison Conditions of Confinements, Deliberate Indifference to Inadequate Supervision, Callous Indifference to Inadequate Supervision, Unreasonable Confinements, Improper Inmate-to-Guard ratios, Psychological injuries, Torts, Disregards, Reckless Disregards, Invasion to rights, Deliberate Indifference to rights and exposures to Unavoidable risks of harms, Callous Indifference to rights and exposures to Unavoidable risks of harmful injuries, Inadequate Protections, that violated both therein above alleged separately recognized Individual Plaintiffs' guaranteed rights, and constituted Disregards, Reckless Disregards, Deliberate Indifference, Callous Indifference, Inadequate Protections, Failure to maintain adequate staffing, Cruel and Unusual Punishments, Improper Segregations and Classifications, Improper Inmate-to-Guards ratios, Arbitrary detentions, Extremely harsh and Unsafe dangerous conditions of confinements, Reckless Torts, Psychological injuries, Continued pattern of conducts, Conspiracy to Illegally operate prison facilities Exposures to risks of serious harmful injuries, Unlawful Conditions, Inadequate Funding to cure problems, Lack of reasonable measures, Due Process and Substantive Due Process violations, as well as Equal Protections of laws violations, infringments, damages, injuries, and reckless invasions of and by aforethoughts of purposedly intentional conscious state of mindframes, of Plaintiffs' separately claimed properties of guaranteed rights under All Amendments, Laws, Articles-Sections and Sections to the Original Constitution of the United States of America; All rights under each and every Article, Section, Paragraph and sub-paragraphs to the Constitution

of the State of Georgia; Equal and Inalienable human rights and legal rights under All Articles to the Universal Declaration of Human Rights, along with any and all particularily included attached preambles, that legally belongs to the 'above therein alleged body of such properties of rights, by the personally involved wrongful actions of defendant(s) ~~Joseph R. Bide~~ Joseph R. Biden, Terry Barnard, Brian Kemp, Tyrone Oliver, the Dept. of Corrections, the Georgia Departments of Corrections, C. Arthur, Juanita Sharp, Michael J. Snowden, Kalkbrenner, ~~April Hightower~~ April Hightower, and all documented employed staff members for both separate Departments of Corrections Agencies, Wilson, or recently employed

Both Plaintiffs; individually, were caused separately experiences of psychological injuries to their physically owned naturalized human properties, trespassed against, within the ~~acre~~ acres of lands, of the mental and emotional state of mindframes, from mental/emotional distresses and anguishes, paranoia and anxieties.

Part-(C) in connection to 3rd Claim for Part-(B): Time-frames from year of (2019) to (2024)

Part-(D) in connections to 3rd Claim for Part-(B):

• What happened to you? - I was recklessly exposed to unreasonable "Known" risks of serious harms, by described defendant(s) of the 3rd Claim, who purposely continued to unlawfully house me in dangerous conditions of confinements, causing me experiences of psychological injuries, of both separately described individual Plaintiffs' physically owned naturalized human properties of estates trespassed against, by defendant(s), within the acres of lands of the mental and emotional State of mindframes, from such mental and emotional distresses and anguishes, paranoias and anxieties, depressions, and exposed to disregarded torturous, unsafe, cruel conditions by defendants. ~~confinements~~

From year (2019) to (2024), defendant(s) consciously continued to, disregard, by the reckless actions of exposing both Plaintiffs', to conditions of inadequate supervision, unlawful housing assignments of improper segregations and classifications, within defendant(s) unlawful custody of/by arbitrary detentions of, inhumane involuntary unavoidable servitude forms of confinements of/by earned revenues, bonds, assets, trusts, Social Security accounts, deeds, Stocks, unliquadated

properties, treasury accounts, treasury gold security trusts and settlements, treasury contractual business trusts and equity securities settlements, treasury equity accounts, properties, and credit lines, from Slavery, being a publicly known unlawfully contractual agreements of/to the criminal conspiracies of illegal operations of Smith State prison facility, and all other prisons.

• **Who did What?** - All documented employed staff members from both Departments, as well as both separate individual Agency itself, being a individual defendant particularily, along with the Governor of Georgia - Brian Kemp continuously exposed both Plaintiff(s) to such unreasonable risks of serious harms, while illegally housing Plaintiff(s) in dangerous prison conditions of confinement, that they were subjectively aware of, by Plaintiff(s) notifications via grievances and letters, and such being clear and obvious to prison officials and Governor Brian Kemp.

Defendant(s) Biden, Kemp, Georgia Department of Corrections, Department of Corrections, Terry Barnard Chairman of the Pardons and Parole Board for Georgia and the other assigned members, along with all employed employees/employers of both above mentioned Departments (Agencys) were notified of, the extremely harsh and dangerous disproportionate conditions of unsafe and unsupervised confinements faced by Plaintiff(s) that posed unreasonable risks of serious injury to Plaintiff(s) safety and life, and intentionally acted with deliberate indifference knowingly disregarding the subjectively aware substantial risks of serious injuries posed as threat(s), to Plaintiff(s), within such illegally operated prison facility that produces an improper inmate-to-guard ratio, from it's failure to maintain adequate staffing, constituting inadequate supervision of violent close security prisoners. Recent disregard by staff to refrain from illegally operating facilities.

Defendant(s) lack of actions to reduce Plaintiff(s) exposures to faced risks notified of, and ignored, further constituted defendant(s) conscious callous indifference actions towards the consciously "known" risks of serious injuries intentionally and recklessly disregarded towards the additional posed relations of risks of future injuries, by defendant(s) failure to respond in an Objectively reasonable manner, that violates, injures, infringes, and invade my claimed rights within drafted complaint, along with the constitution, and breaches the owed performances of duties by defendant(s), as an entitlement to me, afforded by the United States Constitution, that protects me from current and future injuries/harms. Particularily, defendant Juanita Sharp repeatedly threatened to

murdered by her closely associated/hired STG gang members, and staff members Arthur, Wilson, Whitfield, Smith (cert), Kalkbrenner

Such defendant(s) was deliberately and callously indifferent in either not providing funding to remedy the understaffed, inadequate supervision, and improper inmate-to-guard ratio problems sufficiently or consider Plaintiff(s) requested forms of reasonable measures, to be taken, such as, to grant clemency or contact sentencing court and/or Georgia Parole Board to arrange to have Plaintiff(s) serve reminder of sentence on work release programs, parole, or probation.

Prison officials and other defendant(s) violated my parental rights to maintain an adequate relationship with my son by contact visit, and failed to take reasonable measures to provide remedy to fix situation.

The employed employees and employers for the Department of Corrections and the Georgia Department of Corrections, along with the Governor of Georgia-Brian Kemp are conspiring to illegally operate Georgia prison facilities, while understaffed and lacking funds, as the conscious disregards of prisoners death statistics continues to rise, as the therein above alleged co-conspirators continuously failed to respond in objectively reasonable manners. Defendants exposed Plaintiffs, in unsafe conditions of confinements, and placed at serious risks of harms/injuries to my mental properties and persons, see also Exhibits-(C)(D)(F)(G)(I)

• Was anyone else involved? Yes, every individual state and it's Department of Corrections Agency, and all employed employees and employers, for such Agency within the United States of America, are conspiring with the Department of Corrections, to illegally operate prison facilities, on a state by state basis, all across the Country of America, that consists of the United States, along with each elected governor, for each of the individual states.

Also, the Director of Legal Services for the Georgia Pardons and Parole Board La'Quandra Smith and her paralegal assistant Lisa Scroggins, is personally involved, as being witnesses, in

regards to defendant Terry Barnard and the other Georgia Pardons and Parole Board members, whom are personally involved, as acting with intentional Callous indifference to my injured rights alleged as claimed. The U.S. Clemency Attorney is also personally involved as being a witness to the actions of disregards and callous indifference by defendant Biden towards my rights and exposure to risks, and breaching of his duties, that violated his constitutional sworn oath.

**•Who else saw what happened?** - Special litigator Mark Williams 4CONN Section for the U.S. Department of Justice and other federal officials employed by the U.S. Department of Justice, that accompanied Mark Williams, during their conducted investigations of the Georgia Department of Corrections Agency, regarding the level of violence within the prison conditions of confinements, such federal officials personally saw the understaffing of Smith State Prison facility, and other prisons personally visited by them, for 2 to 3 days, as they conducted interviews of offenders in general population and segregation. Other prisoners housed in segregated dormatory along with Plaintiff(s) saw what happened, as well as the administrative staff members, and employed officers at prison, and Tyrone Oliver.

**4th Claim** - The deprivations of both Plaintiff(s) Brentrez J. Mcpherson's natural person and BRENTREZ JARMYKUS MCPHERSON's artificial person damaged injured rights, priviledges, immunities, and properties, as the peoples, to be free from Cruelties of Unusual forms of Punishments, of Discriminations, Invasions of right to associate/communicate, Torts, Psychological injuries, Disregards, Reckless Disregards, Deliberate Indifference, Callous Indifference, Restrictive and Harsh conditions of confinements, and Disturbances of rights to maintain adequate relationships with family and such actions of Callous Indifference to my claimed rights afforded to me.

The above therein alleged deprivations violated both above-mentioned

Plaintiff(s) rights and constitutes Disregards to my rights, Callous Indifference to my rights, Tort to rights, Psychological injuries, Negligence, Breached duties, Invasions Sworn Constitutional Oaths and governmental oaths of office, Conscious Reckless disregards to Parental rights as caring Father to child of such Fatherly absences, Conscious Callous disregards to Plaintiffs' separately required performances of mandatory Fatherly duties owed to teenage son of such (12)-twelve year causations of Fatherless experiences, Cruel and Unusual Forms of Punishments, Due Process and Substantive Due Process violations, along with Equal Protections of the law violations, infringements, damages, injuries, torts, and conscious reckless invasions of and by torts of aforethoughts, of purposely intentional conscious state of mindframes, of Plaintiffs' (Both) separately claimed properties of guaranteed rights under All Amendment -5, Laws, Sections to Articles, Articles, and Sections to the original Constitution of the United States of America; All rights under each and every Articles, Sections, Paragraphs and sub-paragraphs to the Constitution of the State of Georgia; Equal and Inalienable human rights under All Articles to the Universial Declaration of Human Rights along with any and all particularily included attached Preambles, that legally ~~legally~~ belongs to the above therein alleged bodies, of such properties of rights.

Both Plaintiffs', individually, were caused separately experiences of psychological injuries to their physically owned Naturalized human properties and corporate properties, trespassed against, within the acres of private premises, of the mental and emotional state of mindframes, from mental and emotional distresses and anguishes, paranoia, and anxieties, depressions

Part-(C) in connections to 4th Claim to part-(B) of page 4 of 11:

• Dates and Times- May 19, 2022

Part-(D) in connections to 4th Claim to part-(B) of page 4 of 11:

• What happened to you? Both Plaintiffs' separately suffered by torts to rights, due to Restrictive conditions of denying me communication with Family and outside world for a Period of 30(+) plus days, due to actions of defendants Brian Dennis Adams and the Georgia Department of Corrections, of exposing Plaintiffs' to disregarded Restrictive, harsh, grossly disproportionate conditions of confinements, that placed Plaintiffs' at serious mental and emotional health risks of harms and injuries. See Attachment Exhibits-(C)(F)(G). Defendants' and their supervisors carried out a policy and practice, of denying me access to use the phone to communicate, which led to an invasion, to my rights and mental injuries.

• Who did what? -(Please See) above described therein facts. Defendants, along with their supervisers carried out a policy and practice of denying me access to a phone, which led to a invasion to my rights. Denied phone 30-days

• Was anyone else involved? No.

• Who else saw what happened? Victoria Western. Camera footages in J-1 dormatory.

**5th Claim-** Exposures of Imminent dangers of substantial risks of current harms and Intentional conscious reckless Cruel and Unusual Forms of Punishments, to torturous harsh extremely grossly disproportionate ~~condition~~ conditions of confinement, upon Plaintiffs' individually, who suffered injuries caused by defendants Jacob Beasley, et al., illegally conspired personal involvements of unlawfully operating Smith State Prison under color of state law, under void Jurisdictions, that are false authorities, along with the false badges worn, within defendants invalid exercised void Jurisdictions.

Such actions by defendants constituted violations of all rights, privileges, immunities, properties, properties of rights, damaged, injured, deprived of, infringed and invaded under All Amendments to the constitution of the United States of America.

Part-(C) in connections to 5th Claim of Part-(B)

- Dates and Times -

Part-(D)

- **What happened to you?** Defendants' exposed Plaintiffs' to unsafe conditions of confinements, that Placed them under Imminent dangers of serious risks of phyical injury
- **Who did what?** Defendants exposed Plaintiffs' to unsafe conditions of confinements, that Placed Plaintiffs under risks of imminent dangers of serious physical harms/injuries,
- **Who else was involved?** Dept. of Corrections. State of Georgia.
- **Who else saw what happened?** Georgia State Prisoners'. Cameras, and Ga. Dept. of Corrections staff