# ATTACHMENT

# EXHIBIT-E

IN THE UNITED STATES DISTRICT COURT FOR THE
Southern District of Georgia
STATESBORO DIVISION

| | |
|---|---|
| Brentrez Mcpherson natural person and BRENTREZ MCPHERSON artificial person<br>Plaintiffs;<br><br>V.<br><br>Department of Corrections, et al.<br>Defendant(s). | Civil Action No.______<br><br>DECLARATION OF BRENTREZ MCPHERSON and Brentrez Mcpherson IN SUPPORT OF FILED COMPLAINT |

I, Brentrez Mcpherson hereby declares, that, both, Plaintiffs' Brentrez Jarmykus Mcpherson and BRENTREZ JARMYKUS MCPHERSON, jointly and severally, individual separately recognized injured persons, declares as follows, as the truths:

(1.) Declaring that, neither of Plaintiffs individual persons were legally indicted by a qualified grand jury for Douglas County, the State of Georgia, or Douglas County Courthouse, present in Court, to hear the matters of the State of Georgia, as Plaintiff versus Plaintiffs' as defendants, for no type of legal claim bought against Plaintiffs, on the 21st day of September, 2012, in regards to contract indictment No. 12CR01113, in the matters of, the STATE OF GEORGIA as injured party versus Plaintiffs' as defendants in a criminal or civil case against him/them, with supporting testimony or statement by the STATE OF GEORGIA, as an naturalized born persons, alleging that Plaintiffs' were the perpetraters, that damaged his/her persons and/or properties, as a recognized entity.

(2.) Declaring that, Plaintiffs' had a right to an indictment returned by a qualified grand jury, and not to be held to answer for capital or infamous crimes, unless on a returned true bill of indictment, by a present grand jury, on

the allegedly calendar day of September 21, 2012, recorded material facts misrepresentation appearing on face of record of Court, for contract indictment No.# 12CR01113, that was fraudulently filed by Tammy Howard, who knew that, Plaintiffs were never lawfully indicted by a present grand jury, on September 21, 2012, because of her criminal involvement.

(3.) Declaring that, Plaintiffs persons were unlawfully seized, as a continuance of torts of false imprisonment under color of State law, kidnapping, restraints, deprivation of liberty and properties, without first affording me due process and substantive due process under Amendment V and Amendment XIV, caused by the Douglas County Sheriff Department Jailors and/or Douglas County Police Department Jailors' personal involvements holding my persons, along with Douglas County Officials/officers of the court, being the causation Involuntary Servitudes of Slavery by Plaintiffs'; that such court, fraudulently endorsed and signed, the void "No" bill of indictment contract No. 12CR01113, used by officials of court, to undermine the people and legal system by Douglas county Officials usages of Commercial Schemes, that caused exposures of involuntary servitudes of slavery conditions of confinement, by Plaintiffs', from defendants disregards to rights.

(4.) Declaring that, Plaintiffs' are naturalized native of Americans, with Israelite birthrights to redemption, and entitled to be exempt from taxed fees of any form of taxes, demanded by the Southern District courts.

(5.) Declaring that, All alleged defendants' unlawfully acted with intentional conscious reckless disregards, to Plaintiffs' claimed properties of rights alleged, as being the truths, and recognized, as being guaranteed afforded, to Plaintiffs' (injured parties), whom was willfully subjected to, personal psychological injuries of my mental and emotional states of mindframes, of my persons' physical properties, of the human brain, from causations, of defendants' illegal actions of deliberate indifference and callous indifference to obvious and subjectively known risks faced, by Plaintiffs', and recklessly disregarded, by defendants' tolerated conditions of confinements

(6.) Declaring, that, liability attaches, to all defendants' who does not qualify for qualified immunities, and the establishment of the subjective knowledge element element, of deliberate indifference, liability, element, of, similiarily shared casual connection of conducts, along with, it's third, establishment of, commonly, shared, behaviors, lawfully, allowed, by Plaintiffs', alleged, therein, notarized, sworn verified, civil complaint filed, and, true, to, being, legally, demonstrated, by, Plaintiffs', to, the United States District Court, which are presented facts of, being enough, to support, any, and, all claimes, bought forth, by, both, Plaintiffs', Born, naturalized, human being person, of Brentrez Jarmykus Mcpherson and BRENTREZ JARMYKUS MCPHERSON (artificial) person.

(7.) Declaring, that, I AM, currently being willfully subjected to, unlawful exposures, of, the identified defendant, in connections to, Plaintiffs', second-(2nd Claim), of part-(A), personal involved wrongful actions, of, deliberate indifference, callous indifference, and negligence, of torts, to, intentionally, conscious reckless disregards, to and of, my legally, claims, to, my unlawfully seized birthrights, to and of, my, inheritances, of, Royal properties, of, charge, to ~~serve~~ Serve, Royal LEVI Priest Office, of the, service, of, the tabernacle, of, the, Congregation, ~~for~~ as Plaintiffs', everlasting annointed, inheritances, to and of, Royal properties of LEVI Priesthood.

8. Declaring, Plaintiffs' Brentrez Jarmykus McPherson and BRENTREZ JARMYKUS MCPHERSON, is entitled, to, secured recoveries ~~pursuant, or~~ by Speedy Trial at the Southern District Courthouse, STATESBORO Division, for, an exercised invoked 1st Amendment right, to access, the court, he claims guaranteed afforded, to them.

9. Declaring, that, Plaintiffs Brentrez Jarmykus Mcpherson naturalized human being person and artificial persons of BRENTREZ JARMYKUS MCPHERSON, for (12) years.

10. Declaring, that, Plaintiffs' are entitled, to secure all forms, of reliefs, of recoveries sought.

11. Declaring, that, Plaintiffs' presented facts within Sworn Verification, Declaration in Support, and Attachments to civil complaint, itself, as well, is enough facts to support all Claims, and to show, that, there's an casual connection between all defendants, actions, and, the violations, of Plaintiffs' rights.

12. Declaring, that, facts presented by Plaintiffs, within complaint and attachments, constitutes sufficient factual matters, that make out violations of, Plaintiffs' constitutional and Universal human rights, and is accepted as true, along with the additional truths, of qualified immunity not applying to any of the listed defendants' that violated and invaded Plaintiffs' rights claimed, and known by defendants', as being clearly established, at the time of their conduct.

13. Declaring, that, Brentrez Jarmykus Mcpherson is YAHESHIAH Ha'Mashiah ELIYAH to COME - ROYAL GREAT LEVI KING EPHAI KING - ROYAL POWER HIGH CHIEF EPHAI and LEVI PRIEST, seed of LEVI's inheritances of all lost possessions of all materials and instruments

I, Brentrez Jarmykus Mcpherson, declare under penalty of perjury that the foregoing is true and correct, and is being executed at Smith State Prison, 9676 Highway 301 North, Glennville, Georgia 30427. 3/5/24

Brentrez Mcpherson - Yaheshiah - EPHAI/LEVI PRIEST; KING

Brentrez Jarmykus Mcpherson