UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| BRENTREZ JARMYKUS MCPHERSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV624-020 |
| POPE BENEDICT, *et. al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

The Court previously directed *pro se* plaintiff Brentrez Jarmykus McPherson to submit an Amended Complaint. *See* doc. 17 at 10-11. He failed to comply. *See generally* docket. However, he does not appear to have abandoned this case. *See, e.g.,* docs. 19, 20 & 21. Given that he has notified the Clerk of a change of address, *see* docs. 20 & 21, it is possible that the original Order did not reach him. Thus, an immediate recommendation of dismissal for his failure to comply with the Court's Order is not appropriate. *See, e.g., Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1338 (11th Cir. 2005) (recognizing dismissal pursuant to Rule 41(b) "is an extreme sanction"). Accordingly, the Court will provide him with **one final** opportunity to comply.

1

The Clerk is **DIRECTED** to enclose a copy of the Court's prior Order, doc. 17, with the service copy of this Order, for McPherson's convenience. McPherson is **DIRECTED** to submit an Amended Complaint clarifying his allegations by no later than June 9, 2025. To facilitate his preparation of the Amended Complaint, the Clerk is **DIRECTED** to send him a blank Form Pro Se 14 (Complaint for Violation of Civil Rights (Prisoner)). McPherson is advised that his amended complaint will supersede the current operative complaint and therefore must be complete in itself. *See Varnes v. Local 91, Glass Bottle Blowers Ass'n of U.S. & Canada,* 674 F.2d 1365, 1370 n. 6 (11th Cir. 1982). McPherson is advised that failure to timely comply with this Order will result in a recommendation of dismissal. Fed. R. Civ. P. 41(b).

**SO ORDERED**, this 19th day of May, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA