UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| BRENTREZ JARMYKUS MCPHERSON, | ) |
| Plaintiff, | ) |
| v. | ) CV624-020 |
| POPE BENEDICT, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 23), to which Plaintiff has filed an Objection, (doc. no. 24). McPherson's Objection merely asserts that his original pleadings were "verified." (Doc. no. 24 at 1.) He does not dispute the Magistrate Judge's original determination of the significant and fatal defects in his original Complaint, which had nothing to do with whether that pleading was "verified." (<u>See generally</u> doc. 17.[1]) The vague reference to the verification of his pleading also does nothing to address his repeated and persistent failure to comply with the Magistrate Judge's orders. Plaintiff's objections are, therefore, **OVERRULED**. (Doc. 24.)

---

[1] Although the Magistrate Judge's original screening Order is not immediately before the Court, the Court has reviewed its discussion of the defects in McPherson's Complaint. The Magistrate Judge correctly concluded that the Complaint is an improper "shotgun pleading." (Doc. no. 17 at 4-6.) He also correctly noted the improper and frivolous "sovereign citizen" character of much of the pleading. (<u>Id.</u> at 6-8.) Finally, he correctly noted that McPherson's Complaint is peppered with nonsensical, and therefore wholly frivolous, material. (<u>Id.</u> at 8-10.) Even if McPherson's Complaint were not properly dismissed for his wholly unexplained disregard for the Magistrate Judge's instructions any one of the defects in his original Complaint would merit dismissal under 28 U.S.C. § 1915A.

1

Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 23.) McPherson's Complaint is **DISMISSED**. (Doc. no. 1.) The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of September, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA